AUGUSTA E. STETSON, Respondent, v. GALEN M. HARRIS and Others, as Trustees of FIRST CHURCH OF CHRIST, SCIENTIST, NEW YORK CITY and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

MAX ALBIN, Respondent, v. MAX ELLIN, Defendant, Impleaded with YELLOW TAXI CORPORATION, Appellant.— Judgment reversed and new trial granted, with costs to appellant to abide the event unless plaintiff stipulates to reduce the judgment as entered to the sum of $15,103.60; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

JOHN D. COOPER, Respondent, v. ENEA BOSSI, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

FANIS ZAHARIOU, Appellant, v. GEORGE STEVENS, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

E. H. GARCIN & Co., INC., Respondent, v. ASBESTOS LIMITED, INCORPORATED, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

JOHN W. FORSLUND, Respondent, v. LINDLEY M. GARRISON, as Receiver of NEW YORK CONSOLIDATED RAILROAD COMPANY, Appellant.— Judgment reversed, with costs, and complaint dismissed, with costs, for failure of proof of actionable negligence on defendant's part. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

JENNIE PREZIOSI, Respondent, v. ALBERT H. ATTERBURY and Another, Appellants, Impleaded with Another, Defendant. (Action No. 1.) — Judgment and orders reversed and new trial granted, with costs to appellants to abide event, unless plaintiff stipulates to reduce the judgment as entered to the sum of $2,691.45; in which event the judgment as so modified and the orders appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

SALVATORE PREZIOSI, Respondent, v. ALBERT H. ATTERBURY and Another, Appellants, Impleaded with Another, Defendant. (Action No. 2.) — Judgment and orders reversed and new trial granted, with costs to appellants to abide the event, unless plaintiff stipulates to reduce the judgment as entered to the sum of $1,691.20; in which event the judgment as so modified and the orders appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

JENNIE PREZIOSI, Respondent, v. ALBERT H. ATTERBURY and Another, Appellants, Impleaded with Another, Defendant. (Action No. 1.) SALVATORE PREZIOSI, Respondent, v. ALBERT H. ATTERBURY and Another, Appellants, Impleaded with Another, Defendant. (Action No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.